IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DON BORG,                              No   C-04-1736 VRW

        Plaintiff,                          ORDER

        v

TARGET STORES, INC,

        Defendant.
                                    /
```

     Whereas the parties have informed the court that they have reached a tentative settlement agreement, the court directs the clerk to close this case and terminate all motions.  Either party may within thirty days hereof seek to reopen the case in the event that settlement is not effectuated within that period.

     IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge